IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Christian Cerlan, | Case No. 1:20cv2352 |
| Plaintiff, | |
| -vs- | JUDGE PAMELA A. BARKER |
| Kilolo Kijakazi<br>Commissioner of Social<br>Security, | MEMORANDUM OPINION AND ORDER |
| Defendant | |

On August 10, 2021, the Court issued an Order granting the parties' stipulation to remand the above-captioned matter to the Commissioner for further administrative proceedings pursuant to 42 U.S.C. § 405(g), sentence four. (Doc. No. 13.) On September 8, 2021, the parties filed a Joint Stipulation to Award EAJA Fees in the total amount of $5,000.00 and costs in the amount of $400. (Doc. No. 14.)

Plaintiff is hereby awarded EAJA fees and costs in the total stipulated amount of $5,400.00. This award will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. §§ 1920 and 2412, that may be payable in this case. Any fees paid belong to Plaintiff and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States, pursuant to the decision in *Astrue v. Ratliff*, 560 U.S 586 (2010). After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debts to the United States that are subject to offset,

Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the attorney's fee assignment duly signed by Plaintiff and her counsel.[1]  Defendant will direct the Treasury Department to mail any check in this matter to the business address of Plaintiff's counsel.

    **IT IS SO ORDERED.**

Date:  September 8, 2021

      *s/Pamela A. Barker*
PAMELA A. BARKER
U. S. DISTRICT JUDGE

---

[1] The Court notes that the Transcript in this matter contains a copy of a Fee Agreement between Plaintiff and her counsel dated May 16, 2018.  (Doc. No. 10 at Tr. 93.)  Therein, Plaintiff consents to have fees paid to her attorneys.  (*Id*.)